# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 14, 2008

Charles R. Fulbruge III
Clerk

No. 07-10387
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ARTHUR J. MUHAMMAD, also known as Arthur James Jordan

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-98-ALL

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Arthur J. Muhammad appeals the sentences imposed by the district court on remand. Muhammad argues on appeal that his plea was involuntary and that the district court erred in calculating the amount of loss. Because Muhammad could have raised these issues in his first appeal but he failed to do so, he has waived it. See United States v. Castillo, 179 F.3d 321, 326 (5th Cir. 1999), rev'd on other grounds, 530 U.S. 120 (2000).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Government's motion for summary affirmance is GRANTED, and its alternative motion for an extension of time to file a brief is DENIED. The district court's judgment is AFFIRMED.